UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IVAN CASARES ANDRADE,
a/k/a Jose Velasquez Trujillo,

        Petitioner,

    v.

UNITED STATES OF AMERICA,

        Respondent.

CASE NO.   C06-550-JCC

ORDER DISMISSING § 2255 ACTION

The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and Recommendation of Monica J. Benton, United States Magistrate Judge, and the remaining record, does hereby find and Order:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Petitioner's motion under 28 U.S.C. § 2255, and this action, are DISMISSED.

    (3)    The Clerk is directed to send copies of this Order to petitioner and to Judge Benton.

DATED this 14th day of July, 2006.

*[signature]*

UNITED STATES DISTRICT JUDGE

ORDER DISMISSING § 2255 ACTION